■ In the Matter of IRA S. LEVINE (Admitted as IRA LEVINE), a Suspended Attorney. [40 NYS3d 913]—Motion by Ira S. Levine for reinstatement to the bar as an attorney and counselor-at-law. Mr. Levine was admitted to the bar at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on March 16, 1966, under the name Ira Levine.

By decision and order on application dated July 9, 2014, this Court authorized the Grievance Committee for the Second, Eleventh, and Thirteenth Judicial Districts to institute and prosecute a disciplinary proceeding against Mr. Levine based upon the acts of professional misconduct alleged in a verified petition dated March 28, 2014. By opinion and order of this Court dated January 20, 2016, Mr. Levine was suspended from the practice of law for a period of six months (*see Matter of Levine*, 137 AD3d 14 [2016]).

Upon the papers filed in support of the motion and the papers filed in relation thereto, it is

Ordered that the motion is granted, effective immediately, Ira Levine is reinstated as an attorney and counselor-at-law, and the Clerk of the Court is directed to restore the name of Ira Levine to the roll of attorneys and counselors-at-law. Eng, P.J., Rivera, Dillon, Balkin and Sgroi, JJ., concur.